IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA E. MINER, Admx., etc., | CASE NO. 1:05CV0703 |
| Plaintiff, | JUDGE CARR |
| v. | MAGISTRATE JUDGE HEMANN |
| HIRSCHBACH MOTOR LINES, INC., et al., | |
| Defendants. | |
| AYSHA ARSHAD, M.D., etc., | CASE NO. 3:05CV7037 |
| Plaintiff, | JUDGE CARR |
| v. | MAGISTRATE JUDGE HEMANN |
| ROGER YOUNG, et al., | |
| Defendants. | |

Upon considering the memoranda of the parties in the above matter, the court conditionally concludes the following:

1. the applicability and interpretation of MCS-90 certificates is a matter of federal law;

2. the MCS-90 certificates on the tractor and on the trailer each provides up to $1,000,000 in coverage for the plaintiffs for a total of up to $2,000,000; and

3. under Ohio law the injuries to both plaintiffs were the result of a single

accident.

These conclusions are tentative, pending more thorough argument and research on the matter and are not to be considered the binding law of this case.

Date: February 21, 2006 /s/James G. Carr
James G. Carr
United States District Court Judge

/s/Patricia A. Hemann
Patricia A. Hemann
United States Magistrate Judge

2